| | |
|---|---|
| 1 | RILEY SAFER HOLMES & CANCILA LLP |
| | Ronald S. Safer (admitted *pro hac vice*) |
| 2 | Harnaik Kahlon (admitted *pro hac vice*) |
| | Meghan R. McMeel (SBN 284841) |
| 3 | 456 Montgomery Street, 16th Floor |
| | San Francisco, CA 94104 |
| 4 | Telephone:   415-275-8550 |
| | Facsimile:   415-275-8551 |
| 5 | rsafer@rshc-law.com |
| | nkahlon@rshc-law.com |
| 6 | mmcmeel@rshc-law.com |
| 7 | HOLLAND & KNIGHT LLP |
| | Sarah A. Marsey (SBN 297911) |
| 8 | Alex Hadduck (SBN 312962) |
| | 50 California Street, Suite 2800 |
| 9 | San Francisco, CA 94111 |
| | Telephone:   415-743-6900 |
| 10 | Facsimile:   415-743-6910 |
| | sarah.marsey@hklaw.com |
| 11 | alex.hadduck@hklaw.com |
| 12 | Attorneys for Plaintiff |
| | ARTHUR J. GALLAGHER & CO. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., a Delaware Corporation, | ) CASE NO.: 20-cv-05505-EMC |
| | ) |
| Plaintiff, | ) **PLAINTIFF ARTHUR J. GALLAGHER** |
| | ) **& CO.'S MOTION TO REMOVE** |
| vs. | ) **INCORRECTLY FILED DOCUMENT;** |
| | ) **[PROPOSED] ORDER** |
| DON TARANTINO, an individual, | ) |
| BERNADETTE HEATER, an individual, | ) |
| MICHAEL MACHETTE, an individual, and | ) |
| SPENCER BRUSH, an individual, | ) |
| Defendants. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Arthur J. Gallagher & Co. ("Gallagher") hereby respectfully requests that an order be granted to remove Docket No. 82-3 from the ECF docket for this matter on the grounds that it was incorrectly filed publicly and not under seal.

Gallagher e-filed Docket No. 82-3 (hereafter "McMeel Declaration Part 2") on April 7, 2022 as a part of Gallagher's opposition to the defendants' motion for partial summary judgment. Exhibit 37 within the McMeel Declaration Part 2 is comprised of information that Alliant Insurance Services, Inc. has designated as highly confidential.  Exhibit 37 was inadvertently omitted from Gallagher's Administrative Motion to Consider Whether Others' Material Should be Sealed (ECF No. 81 at 4-5), and an unsealed version of Exhibit 37 was thus inadvertently included in the version of the McMeel Declaration Part 2 that Gallagher filed publicly.  An unredacted version of Exhibit 37 was submitted to the Court under seal as a part of Docket No. 81-5.

Gallagher is following all steps outlined in the Court's online guidance to remedy this issue: it has emailed a notification of the above issue to the Court's docket correction email address, it has filed a corrected version of Docket No. 82-3 (see ECF No. 85), and it is working with the ECF HelpDesk to temporarily lock Docket No. 82-3.

Gallagher therefore respectfully moves the Court to remove Docket No. 82-3 permanently from the Court's public docket and ECF.

Dated: April 13, 2022                By:        */s/ Meghan R. McMeel*

RILEY SAFER HOLMES & CANCILA LLP
Ronald S. Safer (admitted *pro hac vice*)
Harnaik Kahlon (admitted *pro hac vice*)
Meghan R. McMeel (SBN 284841)

HOLLAND & KNIGHT LLP
Sarah A. Marsey (SBN 297911)
Alex Hadduck (SBN 312962)

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

1

**[PROPOSED] ORDER**

The Court has now considered Plaintiff Arthur J. Gallagher & Co.'s Motion to Remove Incorrectly Filed Document. Having considered the moving papers before it and finding good cause,

The Court hereby grants the Motion and orders that Docket No. 82-3 be removed from the docket for this matter.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                    Hon. Edward M. Chen
                                    United States District Judge