**MORGAN, LEWIS & BOCKIUS LLP**
Debra L. Fischer, Bar No. 142516
Seth M. Gerber, Bar No. 202813
2049 Century Park East, Suite 700
Los Angeles, California 90067
Phone: +1.310.907.1000
Fax: +1.310.907.1001
*debra.fischer@morganlewis.com*
*seth.gerber@morganlewis.com*

**MORGAN, LEWIS & BOCKIUS LLP**
Robert A. Lewis, Bar No. 83630
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: +1.415.442.1353
Fax: +1.415.442.1001
*robert.lewis@morganlewis.com*

Attorneys for Defendants and Third-Party Alliant Insurance Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Arthur J. Gallagher & Co., <br><br> Plaintiff, <br> v. <br><br> Don Tarantino, an individual; Bernadette Heater, an individual; Michael Machette, an individual; Spencer Brush, an individual, <br><br> Defendants. | Case No. 3:20-cv-05505 EMC <br><br> **Declaration of Bernadette Heater in Support of Defendants' and Third-Party Alliant's Local Rule 79(f) Statement Re: Gallagher's Administrative Motion to Consider Whether Others' Material Should Be Sealed** <br><br> Ctrm:   5 (Hon. Edward M. Chen) <br><br> Complaint Filed: August 7, 2020 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Heater Declaration Re Statement Re: Gallagher's Administrative Motion
to Consider Whether Others' Material Should Be Sealed

## Declaration of Bernadette Heater

I, Bernadette Heater, declare as follows:

1. I am Vice President and Account Executive Lead at Alliant Insurance Services and a Defendant in this action. I know of the facts set forth in the declaration of my own personal knowledge and could and would testify to those facts if asked to do so.

2. I have reviewed or am otherwise informed of the contents of Exhibits 42, 47, and 48 to the Declaration of Meghan R. McMeel In Support of Plaintiff Arthur J. Gallagher & Co.'s Opposition to Defendants' Motion for Partial Summary Judgment. I understand that these documents were produced by Alliant in response to a subpoena served by Gallagher and were designated as either "Confidential" or "Highly Confidential—Attorneys Eyes' Only" under the Protective Order entered in the case.

3. My understanding is that Exhibits 42, 47 and 48 concern my compensation at Alliant. It is my understanding that Exhibit 42 is a document concerning my employment application to Alliant which shows compensation for my job position. Exhibits 47 and 48 are my 2020 and 2021 compensation statements at Alliant, which show my pay at Alliant, as well as information about my benefits, investments, and taxes. I view this information as highly private, personal information and I do not share it with the public. I would view it as an invasion of my privacy for this personal information to be made publicly available.

Executed on April 13, 2022 at Fairfield, California.

I swear under penalty of perjury that the foregoing is true and correct.



Bernadette Heater

-1-

Heater Declaration Re Statement Re: Gallagher's Administrative Motion
to Consider Whether Others' Material Should Be Sealed

**Certificate of Service**

I hereby certify that, on April 14, 2022, the foregoing document entitled **"Declaration of Bernadette Heater in Support of Defendants' and Third-Party Alliant's Local Rule 79(f) Statement Re: Gallagher's Administrative Motion to Consider Whether Others' Material Should Be Sealed"** was filed via the Case Management/Electronic Case Filing (CM/ECF) system, with service to be made on all parties deemed to have consented to electronic service via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF system.

Dated: April 14, 2022                                     /s/ Seth M. Gerber
                                                          Seth M. Gerber

-2-

Heater Declaration Re Statement Re: Gallagher's Administrative Motion
to Consider Whether Others' Material Should Be Sealed

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles