1   **MORGAN, LEWIS & BOCKIUS LLP**
Debra L. Fischer, Bar No. 142516
2   Seth M. Gerber, Bar No. 202813
2049 Century Park East, Suite 700
3   Los Angeles, California 90067
Phone:  +1.310.907.1000
4   Fax:      +1.310.907.1001
*debra.fischer@morganlewis.com*
5   *seth.gerber@morganlewis.com*
6
7   **MORGAN, LEWIS & BOCKIUS LLP**
Robert A. Lewis, Bar No. 83630
8   One Market, Spear Street Tower
San Francisco, CA  94105
9   Phone: +1.415.442.1353
Fax:      +1.415.442.1001
10   *robert.lewis@morganlewis.com*
11   Attorneys for Defendants
12
13                    **UNITED STATES DISTRICT COURT**
14                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16   Arthur J. Gallagher & Co.,                    Case No. 3:20-cv-05505 EMC

17        Plaintiff,                               **Defendants' Administrative Motion
                                                   to Consider Whether Another
18             v.                                  Party's Material Should Be Sealed**

19   Don Tarantino, an individual; Bernadette      [Made under Local Rule 79-5(f) and filed
     Heater, an individual; Michael Machette,      in connection with Defendants' Reply in
20   an individual; Spencer Brush, an              Support of Motion for Partial Summary
     individual,                                   Judgment, filed concurrently herewith]
21
22        Defendants.
                                                   Complaint Filed:  August 7, 2020
23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

**Motion**

Pursuant to Local Rule 79-5(f), Defendants Don Tarantino, Bernadette Heater, Michael Machette and Spencer Brush ("Defendants") hereby move for consideration of whether material should be filed under seal.

The material at issue consists of the following excerpts of testimony from the final Reporter's Transcript of the March 17, 2022 deposition of Defendant Don Tarantino and of the April 1, 2022 deposition of Gallagher's Shasa Barbour. The pertinent cited excerpts from the Tarantino deposition are:

- Page 106, lines 19-21
- Page 106, lines 24-25
- Page 107, lines 2-3
- Page 107, lines 8-9
- Page 107, lines 18-21
- Page 108, lines 4-7

The pertinent cited excerpts from the Barbour deposition are:

- Page 58, lines 20-25
- Page 59, lines 1-21
- Page 61, lines 24-25
- Page 62, lines 1-5
- Page 91, lines 20-25

Plaintiff designated these portions of the transcripts as "Highly Confidential—Attorney's Eyes Only" under the Stipulated Protective Order (ECF No. 60). Defendants cited the above-referenced excerpts in their Reply in support of Defendants' Motion for Partial Summary Judgment (filed on April 11, 2022, concurrently with the filing of this Administrative Motion), and filed the excerpts from the Tarantino deposition as Exhibit 1 to the supporting declaration of Seth M. Gerber, and the excerpts from the Barbour deposition as Exhibit 5.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Defendants' Administrative Motion Under Local Rule 79-5(f)

1    Defendants understand that Gallagher, under Local Rule 79-5(f)(3), within seven

2    days of the filing of this motion, must file a statement under Local Rule 79-5(c) justifying

3    its designation of the above-referenced excerpts as Highly Confidential—Attorney's Eyes

4    Only.

5

6

7                                    Respectfully submitted,

8    DATED: April 14, 2022            MORGAN, LEWIS & BOCKIUS LLP

9

10                                   By:  /s/     Seth M. Gerber
                                            Seth M. Gerber
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Certificate of Service

I hereby certify that, on April 14, 2022, the foregoing document entitled **"Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed"** was filed via the Case Management/Electronic Case Filing (CM/ECF) system, with service to be made on all parties deemed to have consented to electronic service via the automated generation and e-mailing of a Notice of Electronic Filing (NEF) by the CM/ECF system.

Dated: April 14, 2022                    /s/ Seth M. Gerber
                                         Seth M. Gerber