| | |
|---|---|
| RILEY SAFER HOLMES & CANCILA LLP<br>Ronald S. Safer (admitted *pro hac vice*)<br>Harnaik Kahlon (admitted *pro hac vice*)<br>Jeffrey R. Williams (SBN 84156)<br>456 Montgomery Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone:    415-275-8550<br>Facsimile:    415-275-8551<br>rsafer@rshc-law.com<br>nkahlon@rshc-law.com<br>jwilliams@rshc-law.com | MORGAN, LEWIS & BOCKIUS LLP<br>Debra L. Fischer, Bar No. 142516<br>Seth M. Gerber, Bar No. 202813<br>2049 Century Park East, Suite 700<br>Los Angeles, California 90067<br>Phone: +1.310.907.1000<br>Fax: +1.310.907.1001<br>debra.fischer@morganlewis.com<br>seth.gerber@morganlewis.com |
| HOLLAND & KNIGHT LLP<br>Sarah A. Marsey, Bar No. 297911<br>Alex Hadduck, Bar No. 312962<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: +1.415.743.6900<br>Facsimile: +1.415.743.6910<br>E-mail: sarah.marsey@hklaw.com<br>        alex.hadduck@hklaw.com | MORGAN, LEWIS & BOCKIUS LLP<br>Robert A. Lewis, Bar No. 83630<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Phone: +1.415.442.1353<br>Fax: +1.415.442.1001<br>robert.lewis@morganlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., a Delaware Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>DON TARANTINO, an individual, BERNADETTE HEATER, an individual, MICHAEL MACHETTE, an individual, and SPENCER BRUSH, an individual,<br><br>  Defendants. | CASE NO.: 20-cv-05505-EMC<br><br>**JOINT STATUS REPORT**<br><br>CMC Date: September 20, 2022<br>Time:         2:30 PM<br>Judge:       Hon. Edward M. Chen |

Pursuant to the Court's text order of 9/13/2022 (ECF No. 118), Plaintiff Arthur J. Gallagher & Co. ("Plaintiff") and Defendants Don Tarantino, Bernadette Heater, Michael Machette, and Spencer Brush ("Defendants"), and together with Plaintiff, (the "Parties"), through their counsel of record, jointly submit this Joint Status Report in anticipation of the Status Conference set for **September 20, 2022, at 2:30 PM**:

As set forth in the Parties' Stipulation Extending Certain Pretrial Deadlines in Order to Finalize Settlement (ECF No. 119, granted at ECF No. 120), the Parties have executed a preliminary Memorandum of Settlement regarding settlement, and are actively drafting a binding Settlement Agreement and Mutual Release ("Settlement Agreement") that will result in the dismissal of this lawsuit.

Counsel for Defendants and Alliant circulated a draft of the Settlement Agreement to Plaintiff yesterday (September 15, 2022), and Plaintiff anticipates reviewing and returning the draft by Monday, September 19, 2022.

Dated:  September 16, 2022

By: _____/s/ Sarah A. Marsey_____

RILEY SAFER HOLMES & CANCILA LLP
Ronald S. Safer (admitted *pro hac vice*)
Harnaik Kahlon (admitted *pro hac vice*)
Jeffrey R. Williams (SBN 84156)

HOLLAND & KNIGHT LLP
Sarah A. Marsey (SBN 297911)
Alex Hadduck (SBN 312962)

Attorneys for Plaintiff
ARTHUR J. GALLAGHER & CO.

Dated:  September 16, 2022          MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ *Robert A. Lewis*_____
Debra L. Fischer
Robert A. Lewis
Seth M. Gerber

Attorneys for Defendants

1

TARANTINO, HEATER, MACHETTE, and BRUSH

### ECF ATTESTATION

I, Sarah Marsey, am the ECF User whose ID and password are being used to file the following: **JOINT STATUS REPORT**. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Robert A. Lewis concurs in this filing.

Dated: September 16, 2022

By: _____/s/ Sarah A. Marsey_____

RILEY SAFER HOLMES & CANCILA LLP
Ronald S. Safer (admitted *pro hac vice*)
Harnaik Kahlon (admitted *pro hac vice*)
Meghan R. McMeel (SBN 284841)

HOLLAND & KNIGHT LLP
Sarah A. Marsey (SBN 297911)
Alex Hadduck (SBN 312962)

Attorneys for Plaintiff

ARTHUR J. GALLAGHER & CO.